UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

ALGONQUIN GAS TRANSMISSION, LLC, a
limited liability company of the State of Delaware,

        Plaintiff,

-against-

1.36 Acres Of Land, More or Less, In The Town of
Cortlandt, WESTCHESTER COUNTY, NEW
YORK; ALICE KULICK; AND ALL UNKNOWN
OWNERS,

        Defendants.
---------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

**15-CV-06550 (CM)**

*ECF Case*

***PLEASE TAKE NOTICE*** that the undersigned counsel hereby appears on behalf of all named Defendants. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned counsel.

Dated:   White Plains, New York
           August 26, 2015

                         **KEANE & BEANE, P.C.**

                     By: _____
                         ERIC L. GORDON
                         Attorneys for Defendants
                         445 Hamilton Avenue, Suite 1500
                         White Plains, New York 10601
                         (914) 946-4777
                         egordon@kblaw.com